**GRANTED**

*Lucy H. Koh*
Judge Lucy H. Koh

1  ROBERT J. ROSATI, No. 112006
   robert@erisalg.com
2  THORNTON DAVIDSON, No. 166487
   thornton@erisalg.com
3  ERISA Law Group LLP
   6485 N. Palm Avenue, Suite 105
4  Fresno, California 93704
   Telephone: 559-478-4119
5  Facsimile: 559-478-5939

6  Attorneys for Plaintiff,
   RONALD DELUCIA
7
   DANIEL W. MAGUIRE, No. 120002
8  dmaguire@bwslaw.com
   NICHOLAS J. MUSCOLINO, No. 273900
9  nmuscolino@bwslaw.com
   KRISTIN P. KYLE DE BAUTISTA, No. 221750
10 kkyledebautista@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
11 444 South Flower Street, Suite 2400
   Los Angeles, California 90071
12 Telephone: 213-236-0600
   Facsimile: 213-236-2700
13
   Attorneys for Defendants, GROUP SHORT TERM DISABILITY
14 AND LONG TERM DISABILITY PLAN FOR EMPLOYEES
   OF JUNIPER NETWORKS, INC.; HARTFORD LIFE AND
15 ACCIDENT INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RONALD DELUCIA, | Case No. 5:13-CV-05451 LHK |
| Plaintiff, | **JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | Judge: Lucy H. Koh |
| | Date: April 2, 2014 |
| GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF JUNIPER NETWORKS, INC.; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Time: 2:00 p.m. |
| | Crtrm: 8, 4th Floor |
| Defendants. | |

1    Thornton Davidson, counsel for plaintiff RONALD DELUCIA, and Kristin Kyle de Bautista, counsel for Defendants GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF JUNIPER NETWORKS, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY hereby jointly request to participate in the initial Scheduling Conference in this matter by telephone.  This request is made for the following reasons:

    1.    The Scheduling Conference is scheduled for April 2, 2014 at 2:00 p.m. in Courtroom 8, 4th Floor before the Honorable Lucy H. Koh.

    2.    Counsel for the parties have prepared and filed their Joint Case Management Conference Statement.

    3.    The parties make this request because Plaintiff's counsel maintains his office in the City of Fresno, California, and Defendant's counsel maintains her office in Los Angeles, California, both offices which exceed a distance of 200 miles from the courthouse.

IT IS SO STIPULATED.

                                              ERISA LAW GROUP, LLP

Dated: March 26, 2014                   /s/ Thornton Davidson
                                                THORNTON DAVIDSON
                                                Attorneys for Plaintiff,
                                                RONALD DELUCIA

                                                BURKE, WILLIAMS & SORENSEN, LLP

Date:  March 26, 2014                   /s/ Kristin Kyle De Bautista
                                                KRISTIN KYLE DE BAUTISTA
                                                Attorneys for Defendants,
                                                GROUP SHORT TERM DISABILITY
                                                AND LONG TERM DISABILITY PLAN
                                                FOR EMPLOYEES OF JUNIPER
                                                NETWORKS, INC.; HARTFORD LIFE
                                                AND ACCIDENT INSURANCE
                                                COMPANY